A CERTIFIED TRUE COPY
MAR 25 2008
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAR 28 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
MAR - 7 2008
FILED
CLERK'S OFFICE

FILED
MAR 28 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

**MDL No. 1842**

Attest to
True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-16)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 519 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
MAR 25 2008
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

751

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**SCHEDULE CTO-16 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ARKANSAS EASTERN | | | | |
| ARE | 4 | 08-151 | Max Givens v. Davol, Inc., et al. | CA 08-2375 |
| ARE | 4 | 08-152 | Holly Potts v. Davol, Inc., et al. | CA 08-2376 |
| ARE | 4 | 08-153 | John Kyle v. Davol, Inc., et al. | CA 08-2377 |
| ARE | 4 | 08-154 | Thomas Redding v. Davol, Inc., et al. | CA 08-2378 |
| CALIFORNIA CENTRAL | | | | |
| CAC | 2 | 08-1189 | John Benson v. Davol, Inc., et al. | CA 08-2379 |
| ~~CAC~~ | ~~8~~ | ~~08-220~~ | ~~Larry Palmer, et al. v. Davol, Inc., et al.~~ Opposed 3/18/08 | |
| CALIFORNIA EASTERN | | | | |
| ~~CAE~~ | ~~1~~ | ~~08-280~~ | ~~Brian Sutton, et al. v. Davol., Inc., et al.~~ Opposed 3/18/08 | |
| COLORADO | | | | |
| CO | 1 | 08-306 | Donald Teller, II, et al. v. Davol, Inc., et al. | CA 08-2380 |
| CO | 1 | 08-307 | Patricia Savin, et al. v. Davol, Inc., et al. | CA 08-2381 |
| FLORIDA SOUTHERN | | | | |
| FLS | 9 | 08-80179 | Kenneth P. Randall, et al. v. Davol, Inc., et al. | CA 08-2382 |
| INDIANA SOUTHERN | | | | |
| INS | 1 | 08-181 | Sandra Werking, et al. v. Davol, Inc., et al. | CA 08-2383 |
| KANSAS | | | | |
| KS | 2 | 08-2082 | Ruth Anne Lassey v. Davol, Inc., et al. | CA 08-2384 |
| LOUISIANA EASTERN | | | | |
| ~~LAE~~ | ~~2~~ | ~~08-1121~~ | ~~Andy Valence v. Jefferson Parish Hospital Service District No. 2, et al.~~ Opposed 3/25/08 | |
| MINNESOTA | | | | |
| MN | 0 | 08-343 | Maria Lynn Steele v. Davol, Inc., et al. | CA 08-2385 |
| MN | 0 | 08-406 | Nickie L. Taylor v. Davol, Inc., et al. | CA 08-2386 |
| MN | 0 | 08-407 | Michael L. Miller v. Davol, Inc., et al. | CA 08-2387 |
| MN | 0 | 08-496 | Richard W. Hoadley v. Davol, Inc., et al. | CA 08-2388 |
| MN | 0 | 08-497 | John R. Peterson v. Davol, Inc., et al. | CA 08-2389 |
| MN | 0 | 08-498 | Vivian E. Johnston v. Davol, Inc., et al. | CA 08-2390 |

**MDL No. 1842 - Schedule CTO-16 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| MISSOURI WESTERN | | | | |
| MOW | 4 | 08-117 | Pricilla Milligan v. Davol, Inc., et al. | CA 08-2391 |
| MOW | 4 | 08-118 | Kathleen Burke v. Davol, Inc., et al. | CA 08-2392 |
| NORTH CAROLINA EASTERN | | | | |
| NCE | 4 | 08-27 | Algia Nelson, et al. v. Davol, Inc. | CA 08-2393 |
| NEW JERSEY | | | | |
| NJ | 2 | 08-852 | Richard Randy Hill v. Davol, Inc., et al. | CA 08-2394 |
| NJ | 2 | 08-853 | Pamala Ann Darsow v. Davol, Inc., et al. | CA 08-2395 |
| NJ | 2 | 08-862 | Janice Mae Benshoff, et al. v. Davol, Inc., et al. | CA 08-2396 |
| NJ | 2 | 08-863 | Joanne Wormley v. Davol, Inc., et al. | CA 08-2397 |
| NJ | 2 | 08-870 | Tabitha L. Seaman, et al. v. Davol, Inc., et al. | CA 08-2398 |
| NJ | 2 | 08-878 | Bonnie Rea Cullom v. Davol, Inc., et al. | CA 08-2399 |
| NJ | 2 | 08-906 | Michael A. Benjamin v. Davol, Inc., et al. | DA 08-2400 |
| NEVADA | | | | |
| NV | 2 | 08-184 | Diann Hendricks v. Davol, Inc., et al. | CA 08-2401 |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 08-604 | Donna Curtis-Robinson, et al. v. Davol, Inc., et al. | CA 08-2402 |
| NYE | 1 | 08-663 | Mary Waters, et al. v. Davol, Inc., et al. | CA 08-2403 |
| NYE | 1 | 08-706 | Joseph Carioggia, et al. v. Davol, Inc., et al. | CA 08-2404 |
| NYE | 1 | 08-708 | Henry Harris, et al. v. Davol, Inc., et al. | CA 08-2405 |
| NYE | 2 | 08-591 | Frank Cabrera v. Davol, Inc., et al. | CA 08-2406 |
| OHIO NORTHERN | | | | |
| OHN | 1 | 08-348 | Joyce Hopkins, et al. v. Davol, Inc., et al. | CA 08-2407 |
| OHN | 1 | 08-358 | Debra Linden, et al. v. Davol, Inc., et al. | CA 08-2408 |
| OHN | 3 | 08-344 | William Singer, et al. v. Davol, Inc., et al. | CA 08-2409 |
| OHN | 3 | 08-353 | Roger Crouch v. Davol, Inc., et al. | CA 08-2410 |
| OHN | 3 | 08-367 | Pamela Sepeda v. Davol, Inc., et al. | CA 08-2411 |
| OHN | 3 | 08-376 | Patti L. Davis, et al. v. Davol, Inc., et al. | CA 08-2412 |
| OHN | 4 | 08-365 | Heather Walker v. Davol, Inc., et al. | CA 08-2413 |
| OHIO SOUTHERN | | | | |
| OHS | 1 | 08-123 | Angela Denise Kitchen, et al. v. Davol, Inc., et al. | CA 08-2414 |
| OHS | 3 | 08-39 | Debra Lee Williams, et al. v. Davol, Inc., et al. | CA 08-2415 |
| OREGON | | | | |
| OR | 6 | 08-6047 | Greg Kuhnle v. Davol, Inc., et al. | CA 08-2416 |

**MDL No. 1842 - Schedule CTO-16 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| PENNSYLVANIA EASTERN | | | | |
| PAE | 2 | 08-827 | Denver Johnson, et al. v. Davol, Inc., et al. | CA 08-2417 |
| PAE | 2 | 08-970 | Robert C. Lentz v. C.R. Bard, Inc., et al. | CA 08-2418 |
| PAE | 5 | 08-969 | Chad D. Wolf v. C.R. Bard, Inc., et al. | CA 08-2419 |
| PENNSYLVANIA WESTERN | | | | |
| PAW | 2 | 08-191 | Mary Jean Smith, et al. v. Davol, Inc. | CA 08-2420 |
| PAW | 2 | 08-288 | Marie McCaffrey v. Davol, Inc., et al. | CA 08-2421 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 08-617 | Terry Lynn Giaccetti v. Davol, Inc., et al. | CA 08-2422 |
| TXS | 4 | 08-618 | Walter Ritchie Grove v. Davol, Inc., et al. | CA 08-2423 |
| TXS | 4 | 08-619 | Dustin R. Wake v. Davol, Inc., et al. | CA 08-2424 |
| TXS | 4 | 08-620 | Jill Ann Welmer v. Davol, Inc., et al. | CA 08-2425 |
| TXS | 4 | 08-647 | Thomas Donald Walker v. Davol, Inc., et al. | CA 08-2426 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

**MDL No. 1842**

**INVOLVED COUNSEL LIST (CTO-16)**

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway, Suite 600
Houston, TX 77017

Gary William Bizal
PIERCE & BIZAL
639 Loyola Avenue, Suite 1820
New Orleans, LA 70113

Jacqueline H. Blankenship
CHEHARDY SHERMAN ELLIS MURRAY RECILE ET AL
One Galleria Boulevard, Suite 1100
Metairie, LA 70001

Keith D. Cable
CABLE LAW OFFICES
907 Tahoe Boulevard, Suite 2
Incline Village, NV 89450

John C. Conti
DICKIE MCCAMEY & CHILCOTE
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402

Ernest Cory
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205-2808

Bahar Dejban
KHORRAMI POLLARD & ABIR LLP
444 South Flower Street, 33rd Floor
Los Angeles, CA 90071

Brian W. DelVecchio
SWENSEN PERER & KONTOS
One Oxford Centre, Suite 2501
Pittsburgh, PA 15219

Thomas G. Eagle
THOMAS G EAGLE CO LPA
3386 North State Route 123
Lebanon, OH 45036

Michael L. Eisner
ELK & ELK
6110 Parkland Boulevard
Mayfield Heights, OH 44124

Jason B. Eshelman
ESHELMAN LEGAL GROUP
263 Portage Trail Ext. W
Cuyahoga Falls, OH 44223

Steven J. Forry
WHITE & WILLIAMS LLP
Frick Building
437 Grant Street, Suite 1001
Pittsburgh, PA 15219

Christina A.L. Fountain
LOPEZ MCHUGH LLP
100 Bayview Circle
Suite 5600, North Tower
Newport Beach, CA 92660

Thomas M. Frieder
HASSARD BONNINGTON LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993

Brenda S. Fulmer
ALLEY CLARK GREIWE & FULMER
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Daniel N. Gallucci
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

**MDL No. 1842 - Involved Counsel List (CTO-16) (Continued)**

Stephanie Hatzakos
MILBERG WEISS LLP
One Pennsylvania Plaza, Suite 4915
New York, NY 10119-0165

Carmaletta L. Henson
HENSON & FUERST PA
P.O. Box 7008
Rocky Mount, NC 27804-7008

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Kenneth J. Ignozzi
DYER GAROFALO MANN &
SCHULTZ
131 North Ludlow Street, Suite 1400
Dayton, OH 45402-1110

James B. Irwin V
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Charles H Johnson
CHARLES H JOHNSON &
ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Derek C. Johnson
JOHNSON CLIFTON LARSON &
SHALLER PC
975 Oak Street, Suite 1050
Eugene, OR 97401

Brian S. Kabateck
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90071

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Ramon Rossi Lopez
LOPEZ MCHUGH LLP
100 Bayview Circle
Suite 5600, North Tower
Newport Beach, CA 92660

L. Leonard Lundy
LUNDY LAW
1635 Market Street, 19th Floor
Philadelphia, PA 19103

Michael David E. McDivitt
MCDIVITT LAW FIRM PC
19 East Cimarron Street
Colorado Springs, CO 80903

Daniel R. Michel
ARTHUR O'NEIL MERTZ &
BATES
901 Ralston Avenue
Defiance, OH 43512

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Marie Bernarde Miller
GILL ELROD RAGON OWEN &
SHERMAN PA
TCBY Tower, Suite 3801
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

Melanie H. Muhlstock
PARKER WAICHMAN &
ALONSO LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402

A.J. Plastino II
JONES GREGG CREEHAN &
GERACE
411 Seventh Avenue
Suite 1200
Pittsburgh, PA 15219

Gary D. Plunkett
HOCHMAN & PLUNKETT
3077 Kettering Boulevard
Suite 210
Dayton, OH 45439

Derek H. Potts
POTTS LAW FIRM LLC
715 May Street, Suite 100
Kansas City, MO 64105

E. Paige Sensenbrenner
ADAMS & REESE LLP
One Shell Square, Suite 4500
701 Poydras Street
New Orleans, LA 70139

David W. Stewart
STEWART & STEWART
931 South Rangeline Road
Carmel, IN 46032

Jason Wilcock
Hill Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED JUDGES LIST (CTO-16)**

Hon. J. Leon Holmes
Chief Judge, U.S. District Court
Richard Sheppard Arnold U.S. Courthouse
Suite 360
600 West Capitol Avenue
Little Rock, AR 72201

Hon. James Maxwell Moody
U.S. District Judge
381 Richard Sheppard Arnold U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Valerie Baker Fairbank
U.S. District Judge
United States District Court
9 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

~~Hon. Alicemarie H. Stotler~~
~~Chief Judge, U.S. District Court~~
~~10A Ronald Reagan Federal Building &~~
~~U.S. Courthouse~~
~~411 West Fourth Street~~
~~Santa Ana, CA 92701~~

~~Hon. Oliver W. Wanger~~
~~Senior U.S. District Judge~~
~~7801 Robert E. Coyle U.S. Courthouse~~
~~2500 Tulare Street~~
~~Fresno, CA 93721~~

Hon. Robert E. Blackburn
U.S. District Judge
A741 Alfred A. Arraj U.S. Courthouse
901 Nineteenth Street
Denver, CO 80294-3589

Hon. Wiley Y. Daniel
U.S. District Judge
A1038 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294

Hon. Kenneth A. Marra
U.S. District Judge
Paul G. Rogers Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

Hon. Larry J. McKinney
U.S. District Judge
204 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Kathryn H. Vratil
Chief Judge, U.S. District Court
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

~~Hon. Mary Ann Vial Lemmon~~
~~U.S. District Judge~~
~~C-406 U.S. Courthouse~~
~~500 Poydras Street~~
~~New Orleans, LA 70130~~

Hon. Michael James Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

**MDL No. 1842 - Involved Judges List (CTO-16) (Continued)**

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Dean Whipple
Senior U.S. District Judge
Charles Evans Whittaker U.S. Courthouse
8th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. James C. Fox
Senior U.S. District Judge
U.S. District Court
P.O. Box 2143
Wilmington, NC 28402-2143

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Robert Clive Jones
U.S. District Judge
U.S. District Court
7005 Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd., South
Las Vegas, NV 89101-7065

Hon. Frederic Block
Senior U.S. District Judge
525 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Allyne R. Ross
U.S. District Judge
915 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. Joanna Seybert
U.S. District Judge
U.S. District Court
P.O. Box 9014
Central Islip, NY 11722-9014

Hon. James S. Gwin
U.S. District Judge
18A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Hon. Solomon Oliver, Jr.
U.S. District Judge
17A Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. James G. Carr
Chief Judge, U.S. District Court
210 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

**MDL No. 1842 - Involved Judges List (CTO-16) (Continued)**

Hon. Jack Zouhary
U.S. District Judge
203 United States Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Peter C. Economus
U.S. District Judge
313 Federal Building & U.S. Courthouse
125 Market Street, Room 313
Youngstown, OH 44503

Hon. S. Arthur Spiegel
Senior U.S. District Judge
838 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Hon. Walter H. Rice
Senior U.S. District Judge
909 Federal Building
200 West Second Street
Dayton, OH 45402

Hon. Michael R. Hogan
U.S. District Judge
Wayne Lyman Morse U.S. Courthouse
405 East Eight Avenue, Suite 5700
Eugene, OR 97401

Hon. Paul S. Diamond
U.S. District Judge
United States District Court
17613 James A. Byrne U. S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Bruce W. Kauffman
Senior U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
20613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Maurice B. Cohill, Jr.
Senior U.S. District Judge
8170 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. William L. Standish
Senior U.S. District Judge
6170 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

**MDL No. 1842**

**INVOLVED CLERKS LIST (CTO-16)**

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

~~Sherri R. Carter, Clerk~~
~~Ronald Reagan Federal Building & U.S. Courthouse~~
~~411 West Fourth Street~~
~~Santa Ana, CA 92701-4516~~

~~Jack L. Wagner, Clerk~~
~~5000 U.S. Courthouse~~
~~1130 O Street~~
~~Fresno, CA 93721~~

Gregory C. Langham, Clerk
A105 Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Ingrid A. Campbell, Acting Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

~~Loretta G. Whyte, Clerk~~
~~U.S. District Court~~
~~500 Poydras Street, Room C-151~~
~~New Orleans, LA 70130~~

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building &
U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert C. Heinemann, Clerk
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

**MDL No. 1842 - Involved Clerks List (CTO-16) (Continued)**

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Geri M. Smith, Clerk
337 Thomas D. Lambros Federal Building & U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

James Bonini, Clerk
324 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202

James Bonini, Clerk
Federal Building, Room 712
200 West Second Street
Dayton, OH 45402

Sheryl S. McConnell, Clerk
100 Federal Building & U.S. Courthouse
211 East 7th Avenue
Eugene, OR 97401

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010